| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 2:21CR00033-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 1:23-CR-00047-TRM-CHS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jack Cohen Eastern District of Tennessee | DISTRICT DISTRICT OF VERMONT | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Christina Reiss | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/19/2021 | TO 11/18/2024 |

OFFENSE

Importation of 50 Kilograms or More of Marijuana; 21 U.S.C. §§ 952(a), 960(b)(3)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

      IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_6/20/23_  
Date

_[signature]_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/23/2023  
Effective Date

_Travis R. McDonough_  
United States District Judge